IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 2 0 2006 ★

BROOKLYN OFFICE

---

JEFFREY PARCHMENT,

Plaintiff,

v.

ELI LILLY AND COMPANY,

Defendant.

Civil Action No.: 1:04-cv-2422-JBW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), all parties herein, through their designated counsel, hereby stipulate that the above captioned action is hereby dismissed with prejudice with each party to bear its own costs.

DOUGLAS & LONDON, P.C.
Attorneys for Plaintiff

*/s/ Gary Douglas*

Gary J. Douglas (GD-8774)
A Member of the Firm

Dated: September 6, 2006

PEPPER HAMILTON LLP
Attorneys for Defendant

*/s/ George A. Lehner*

George A. Lehner, Esq.
A Member of the Firm

Dated: September 14, 2006

*approved 9/19/06*